IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANK ARMENTA, (TDCJ-CID #1897221) | § § § | |
| Petitioner, | § § | |
| vs. | § | CIVIL ACTION H-14-3115 |
| WILLIAM STEPHENS, | § § § | |
| Respondent. | § § | |

## MEMORANDUM AND OPINION

Petitioner filed this action seeking habeas corpus relief under 28 U.S.C. § 2254, challenging a conviction in the 347th Judicial District Court of Nueces County, Texas. Under 28 U.S.C. § 2241(d), the district court in which the writ of habeas corpus was filed may transfer the writ to the district where the state court which convicted and sentenced the petitioner is located.

The Clerk is ordered to transfer this application for writ of habeas corpus to the Clerk of the Southern District of Texas, Corpus Christi Division.

Petitioner's motion to proceed *in forma pauperis*, (Docket Entry No. 2), is denied without prejudice to reconsideration following transfer.

SIGNED on November 6, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge